## Henry P. Edwards, Appellee, v. Edna Virginia Lederer, Appellant.

### Gen. No. 44,470.

Eckert & Peterson, for appellant; A. R. Peterson, Harold W. Huff and Walter P. Steffen, of counsel; James A. Dooley and Thomas P. Hollywood, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full. Opinion filed January 24, 1950; rehearing denied March 14, 1950; released for publication March 15, 1950.

## Frederick Gerald Thomas, Petitioner, v. George W. Rossetter, Jay C. McCord and Maurice A. Rosenthal, Respondents.

### Gen. No. 44,595.